## Commonwealth *v.* Robinson, Appellant.

 Before Chalfin, J., without a jury. 

 Submitted June 12, 1974. *Francis X. Nolan,* and *Donsky, Katz, Levin & Dashevsky,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sherman, Appellant.

 Before Mirarchi, Jr., J., without a jury. 

 Submitted June 10, 1974. *Frank K. Williams,* for appellant; *D. Webster Keogh, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.